In the Matter of WILLIAM BRENNER et al., Respondents, v. WILLIAM E. VINES et al., Constituting the Town Board of the Town of Clarkstown, et al., Appellants.—

Christ, P. J., Rabin, Hopkins, Brennan and Benjamin, JJ., concur.